IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALESSANDRA BROHMER, et al.** </br></br>  Plaintiffs, </br></br> vs. </br></br> **UNITED STATES OF AMERICA,** </br></br>  Defendant, </br></br>――――――――――――――――― </br></br> **ALESSANDRA BROHMER, et al.** </br></br>  Plaintiffs, </br></br> vs. </br></br> **LOCKHEED MARTIN CORP.** </br></br>  Defendants. | No.  CIV F-02-5649 OWW TAG </br> consolidated w/ </br> CIV F-03-5454 OWW TAG </br></br></br></br></br></br> ORDER ON REQUEST FOR </br> APPROVAL OF SUBSTITUTION </br> OF ATTORNEY |

At the request of ALESSANDRA BROHMER, individually and on behalf of her children STEPHANIE BROHMER, JULIANA BROHMER, and SEAN BROHMER, Plaintiffs, the Court hereby orders that Craig R. McClellan (71865), The McClellan Law Firm, 1144 State

- 1 –
ORDER ON REQUEST FOR APPROVAL OF SUBSTITUION
OF ATTORNEY

Street, San Diego, CA  92101, Ph:  (619)231-0505, Fax:  (619)544-0540, is substituted in as plaintiffs' attorney of record in place and instead of Ned Good, Good, West & Schuetze.

Dated:  __December 1, 2005            /s/ OLIVER W. WANGER_____
                                       U.S. DISTRICT JUDGE