1  PETER D. KEISLER
   Assistant Attorney General
2  MCGREGOR W. SCOTT
   United States Attorney
3  KIMBERLY A. GAAB
   Assistant United States Attorney
4  Telephone:  (559) 498-7272
   ROBERT J. GROSS
5  JILL DAHLMANN ROSA
   Trial Attorneys
6  U.S. Department of Justice
   Torts Branch, Civil Division
7  Post Office Box 14271
   Washington, D.C.  20044
8  Telephone:  (202) 616-4038

9  Attorneys for the United States of America

10

11            IN THE UNITED STATES DISTRICT COURT FOR THE

12               EASTERN DISTRICT OF CALIFORNIA

13  ALESSANDRA BROHMER, et al.,     )    CV-F-02-5649 OWW DLB
                                    )    consolidated w/CIV F-03-5454
14                                  )    OWW DLB
                   Plaintiffs,      )
15                                  )
          v.                        )    **STIPULATION AND**
16                                  )    **ORDER TO CONTINUE HEARING**
                                    )    **DATE RE:  DEFENDANT**
17                                  )    **UNITED STATES' MOTION**
    UNITED STATES OF AMERICA,       )    **FOR SUMMARY JUDGMENT**
18                                  )
                                    )
19                 Defendant.       )    Hearing:  January 23, 2006
                                    )    10:00 a.m.
20                                  )    Courtroom 2

21

22

23

24

25

26

27

28

*No. 02-cv-5649, Stip re Hearing Date of US MSJ.*

**TO THE COURT**:

The parties hereby stipulate that the hearing on the motion for summary judgment currently set for January 23, 2006 is continued to March 27, 2006 at 10:00 AM in Courtroom 2 (OWW) before Judge Oliver W. Wanger.  The parties are using their best efforts to schedule and complete several depositions.  The parties' stipulation is without prejudice to request a further continuance of the hearing date on a showing of good cause.

**U.S.  DEPARTMENT OF JUSTICE**

Dated:  December 9, 2005      By:     /s/ROBERT J. GROSS_____
                                                Robert J. Gross
                                                Attorney for Defendant USA

**THE McCLELLAN LAW FIRM**

Dated: December 9, 2005      By:     /s/ROBERT J. GROSS for CRAIG McCULLAN
                                                  Robert J. Gross for Craig McCullan
                                                Attorney for Plaintiffs, Alessandra
                                                Brohmer, et al.
                                                [pursuant to Mr. McCullan's authorization]

**ALLEN, MATKINS, LECK, GAMBLE & MALLORY**

Dated:  December 9, 2005      By:     /s/ROBERT J. GROSS for ED GREEN_____
                                                  Robert J. Gross for Ed Green
                                                Attorney for Defendant Lockheed
                                                Martin, et al.
                                                [pursuant to Mr. Green's authorization]

**IT IS SO ORDERED:**

Dated:  __December 9, 2005        /s/ OLIVER W. WANGER_____
                                                  **Oliver W. Wanger**
                                                  JUDGE OF THE UNITED STATES
                                                  DISTRICT COURT