1  PETER D. KEISLER
   Assistant Attorney General
2  MCGREGOR W. SCOTT
   United States Attorney
3  KIMBERLY A. GAAB
   Assistant United States Attorney
4  Telephone: (559) 498-7272
   ROBERT J. GROSS
5  JILL DAHLMANN ROSA
   Trial Attorneys
6  U.S. Department of Justice
   Torts Branch, Civil Division
7  Post Office Box 14271
   Washington, D.C. 20044
8  Telephone: (202) 616-4038

9  Attorneys for the United States of America

10

11            IN THE UNITED STATES DISTRICT COURT FOR THE

12                    EASTERN DISTRICT OF CALIFORNIA

13  ALESSANDRA BROHMER, et al.,      )  CV-F-02-5649 OWW DLB
                                     )  consolidated w/CIV F-03-5454
14                                   )  OWW DLB
                  Plaintiffs,        )
15                                   )
         v.                          )  **STIPULATION AND PROPOSED**
16                                   )  **ORDER TO CONTINUE HEARING**
                                     )  **DATE RE: DEFENDANT**
17                                   )  **UNITED STATES' MOTION**
    UNITED STATES OF AMERICA,        )  **FOR SUMMARY JUDGMENT**
18                                   )
                                     )
19                Defendant.         )  Hearing: March 27, 2006
                                     )  10:00 a.m.
20                                   )  Courtroom 2

21

22

23

24

25

26

27

28

*No. 02-cv-5649, Stip re Hearing Date of US MSJ.*

**TO THE COURT**:

The parties hereby stipulate to continue the hearing on the motion for summary judgment currently set for March 27, 2006 to April 24, 2006 at 10:00 AM in Courtroom 2 (OWW) before Judge Oliver W. Wanger.  There is one remaining deposition to be taken out of five that had been scheduled.  This deposition had to be postponed because of an unexpected death in the witness's immediate family.  The parties are using their best efforts to reschedule and complete this deposition.   No further extensions will be requested.

                                  **U.S.  DEPARTMENT OF JUSTICE**

Dated:  March 9, 2006        By:    /s/ROBERT J. GROSS
                                              Robert J. Gross
                                              Attorney for Defendant USA

                                  **THE McCLELLAN LAW FIRM**

Dated:  March 9, 2006        By:    /s/ROBERT J. GROSS for CRAIG R. McCLELLAN
                                              Robert J. Gross for Craig R. McClellan
                                              Attorney for Plaintiffs, Alessandra Brohmer, et al.
                                              [pursuant to Mr. McClellan's authorization]

                                  **ALLEN, MATKINS, LECK, GAMBLE & MALLORY**

Dated:  March 9, 2006        By:    /s/ROBERT J. GROSS for EDWIN W. GREEN
                                              Robert J. Gross for Edwin W. Green
                                              Attorney for Defendant Lockheed Martin, et al.
                                              [pursuant to Mr. Green's authorization]

IT IS SO ORDERED.

**Dated:   March 15, 2006**                    /s/ Oliver W. Wanger
emm0d6                                           UNITED STATES DISTRICT JUDGE