IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALESSANDRA BROHMER, et al., | ) | No.  CIV F-02-5649 OWW TAG |
| --- | --- | --- |
| | ) | consolidated w/ |
| Plaintiffs, | ) | CIV F-03-5454 OWW TAG |
| | ) | |
| | ) | **STIPULATION AND ORDER THEREON** |
| vs. | ) | **RE FACTUAL DISCOVERY CUTOFF** |
| | ) | |
| | ) | JUDGE:   Hon. Oliver Wanger |
| UNITED STATES OF AMERICA, et al., | ) | DEPT:     Courtroom 3 |
| | ) | TRIAL:    October 16, 2007 |
| Defendants. | ) | |
| | ) | |

Pursuant to the agreement reached at the Scheduling Conference held on January 4, 2007, before the Honorable Oliver Wanger, the parties to this action wish to stipulate that the factual, non-expert discovery cutoff date shall be March 30, 2007.  All other dates contained in the Court's January 9, 2007, Scheduling Conference Order remain the same.

Subject to the Court's approval, it is hereby stipulated by and between all parties that all factual, non-expert discovery shall be completed by March 30, 2007.

Dated: January _____, 2007          THE McCLELLAN LAW FIRM

By: _____
    Robert J. Chambers II, Esq.
    Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January \_\_\_\_, 2007              U.S. DEPARTMENT OF JUSTICE


By: _____
    Robert J. Gross, Esq.
    Attorneys for the United States


Dated: January \_\_\_\_, 2007              ALLEN, MATKINS, LECK, GAMBLE,
MALLORY & NATSIS, LLP


By: _____
    Bradley E. Jewett, Esq.
    Attorneys for Lockheed Martin


## ORDER

The Court, pursuant to the Stipulation of Counsel and good cause appearing therefore, hereby orders that all factual, non-expert discovery be completed by March 30, 2007.

IT IS SO ORDERED.


Dated: 1/16/07              /s/ Oliver W. Wanger
    THE HONORABLE OLIVER WANGER
    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com