Craig R. McClellan (71865)
Michelle D. Mitchell (221841)
Robert J. Chambers, II (244688)
THE McCLELLAN LAW FIRM
1144 State Street
San Diego, California 92101
(619) 231-0505

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRA BROHMER, et al., | 1:02-cv-5649 OWW TAG |
| Plaintiffs, | DISMISSAL WITH PREJUDICE OF PLAINTIFFS' COMPLAINT AS TO DEFENDANTS LOCKHEED MARTIN; LOCKHEED MARTIN AERONAUTICS COMPANY; and LOCKHEED MARTIN SPACE SYSTEMS, AND ORDER THEREON |
| vs. | |
| UNITED STATES OF AMERICA, et al., | [FRCP 41, et. seq.] |
| Defendants. | JUDGE:  Hon. Oliver Wanger |
| | TRIAL:  October 16, 2007 |

Plaintiffs ALESSANDRA BROHMER, et al. through their attorneys of record, The McClellan Law Firm, dismiss their Complaint against Defendants LOCKHEED MARTIN; LOCKHEED MARTIN AERONAUTICS COMPANY; and LOCKHEED MARTIN SPACE SYSTEMS only, with prejudice.

Dated:  May 10, 2007         THE MCCLELLAN LAW FIRM

                                           /s/
                             BY: _____
                                 CRAIG R. MCCLELLAN
                                 Attorneys for Plaintiffs

IT IS SO ORDERED:

Dated: 5/11/2007             /s/ Oliver W. Wanger
                             OLIVER W. WANGER
                             UNITED STATES DISTRICT JUDGE

1
DISMISSAL WITH PREJUDICE OF PLAINTIFFS' COMPLAINT AS TO DEFENDANTS LOCKHEED MARTIN; LOCKHEED MARTIN AERONAUTICS COMPANY; and LOCKHEED MARTIN SPACE SYSTEMS, AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com