PETER D. KEISLER
Assistant Attorney General
MCGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant United States Attorney
Telephone: (559) 498-7272
ROBERT J. GROSS
JILL DAHLMANN ROSA
CHRISTOPHER J. WILL
Trial Attorneys
U.S. Department of Justice
Torts Branch, Civil Division
Post Office Box 14271
Washington, D.C. 20044
Telephone: (202) 616-4038
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRA BROHMER, et al., ) | CV-F-02-5649 OWW TAG |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

Upon consideration of the Motion of Defendant United States of America [Docket # 187] to continue the hearing date on Plaintiffs' motions to re-open discovery and add an expert witness [Docket # 178-85], it is hereby:

ORDERED that the motion be, and hereby is, granted; it is further

ORDERED that the hearing on the motion shall be set for hearing on September 4, 2007 at 10:00 AM in Courtroom 3.

DATED: _8/3/2007_____

\_\_/s/ Oliver W. Wanger_____
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

*No. 02-cv-5649, Proposed Order*

PETER D. KEISLER
Assistant Attorney General
MCGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant United States Attorney
Telephone: (559) 498-7272
ROBERT J. GROSS
JILL DAHLMANN ROSA
CHRISTOPHER J. WILL
Trial Attorneys
U.S. Department of Justice
Torts Branch, Civil Division
Post Office Box 14271
Washington, D.C. 20044
Telephone: (202) 616-4038
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRA BROHMER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant )<br>_____) | CV-F-02-5649 OWW TAG<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a copy of the foregoing was served via e-mail delivery through the Court's electronic case filing system this 3rd day of August, 2007, to the following counsel of record:

    Craig R. McClellan
    The McClellan Law Firm
    1144 State Street
    San Diego, CA 92101
    619-231-0505
    619-544-0540 (fax)
    Craig@mcclellanlaw.com

                                                    /s/ JILL DAHLMANN ROSA
                                                    Employee, U.S. Department of Justice

*No. 02-cv-5649, Proposed Order*