PETER D. KEISLER
Assistant Attorney General
MCGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant United States Attorney
Telephone: (559) 498-7272
ROBERT J. GROSS
JILL DAHLMANN ROSA
CHRISTOPHER J. WILL
Trial Attorneys
U.S. Department of Justice
Torts Branch, Civil Division
Post Office Box 14271
Washington, D.C. 20044
Telephone: (202) 616-4038
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALESSANDRA BROHMER, et al., | ) | CV-F-02-5649 OWW TAG |
| Plaintiffs, | ) | **CORRECTED ORDER** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Upon consideration of the Motion of Defendant United States of America [Docket # 187] to continue the hearing date on Plaintiffs' motions to re-open discovery and add an expert witness [Docket # 178-85], it is hereby:

ORDERED that the motion be, and hereby is, granted; it is further

ORDERED that the hearing on the motion shall be set for hearing on September 4, 2007 at 10:00 AM in Courtroom 3.  **The trial date shall not be continued.**

DATED: _8/6/2007_____

__/s/ Oliver W. Wanger_____
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

*No. 02-cv-5649, Proposed Order*