1 PETER D. KEISLER
Assistant Attorney General
2 MCGREGOR W. SCOTT
United States Attorney
3 KIMBERLY A. GAAB
Assistant United States Attorney
4 Telephone: (559) 498-7272
ROBERT J. GROSS
5 JILL DAHLMANN ROSA
CHRISTOPHER J. WILL
6 Trial Attorneys
U.S. Department of Justice
7 Torts Branch, Civil Division
Post Office Box 14271
8 Washington, D.C. 20044
Telephone: (202) 616-4038
9 Attorneys for the United States of America

10           IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
11

12 ALESSANDRA BROHMER, et al.,     )     CV-F-02-5649 OWW TAG
                                   )
13           Plaintiffs,           )     **ORDER**
                                   )
14                                 )
                                   )
15      v.                         )
                                   )
16 UNITED STATES OF AMERICA,       )
                                   )
17                                 )
             Defendant.            )
18 _____  )

19

20      Before the Court are Plaintiffs' motions to re-open discovery, add an expert

21 witness, and compel production of investigative reports and data. [Docket # 172, 178,

22 182, 194, & 197.] Also before the Court is the government's counter-motion for a

23 protective order to enforce the discovery deadlines set by the Court. [Docket # 201.]

24 Upon consideration of the motions and oral argument, the Court will deny all of

25 Plaintiffs' motions. Having denied Plaintiffs' motions, the government's motion is now

26 moot.

27      On January 22, 2007, the Court ordered that all factual, non-expert discovery be

28 completed by March 30, 2007. [Docket # 163.] This Order was never revisited or

*No. 02-cv-5649, Proposed Order*

PDF created with pdfFactory trial version www.pdffactory.com

1 amended, so factual discovery closed on March 30, 2007.  Plaintiffs' discovery requests
2 for additional factual material were made after the close of discovery, as was their request
3 to re-open discovery and add an additional expert witness.
4     Modification of a Rule 16 scheduling order may be granted upon a showing of
5 good cause.  Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604,
6 (9th Cir. 1992).  "Good cause means scheduling deadlines cannot be met despite a party's
7 diligence."  6A Wright, Miller & Kane, *Federal Practice and Procedure* § 1522.1 (2d ed.
8 1990).  Plaintiffs have failed to make the necessary showing of good cause.  Plaintiffs
9 failed to provide the Court with any convincing explanation for why the requested
10 discovery could not have been pursued during the open discovery period.  Based on the
11 admitted failure to exercise diligence and to show good cause under Rule 16, the Court
12 will not amend its Scheduling Order to permit additional discovery.  Alternatively,
13 Plaintiffs failed to file their motion for an extension of discovery before the expiration of
14 the discovery period, and therefore their motions are untimely.
15     Accordingly, it is hereby:
16     ORDERED that Plaintiffs' motions [Docket # 172, 178, 182, 194, & 197] be, and
17 hereby are, denied; it is further
18     ORDERED that the government's counter-motion to enforce the discovery
19 deadline [Docket # 201] is hereby deemed moot.
20
21 DATED:  _September 18, 2007

/s/ OLIVER W. WANGER_____
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

*No. 02-cv-5649, Proposed Order*         2

PDF created with pdfFactory trial version www.pdffactory.com

PETER D. KEISLER
Assistant Attorney General
MCGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant United States Attorney
Telephone: (559) 498-7272
ROBERT J. GROSS
JILL DAHLMANN ROSA
CHRISTOPHER J. WILL
Trial Attorneys
U.S. Department of Justice
Torts Branch, Civil Division
Post Office Box 14271
Washington, D.C. 20044
Telephone: (202) 616-4038
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRA BROHMER, et al., ) | CV-F-02-5649 OWW TAG |
| Plaintiffs, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| UNITED STATES OF AMERICA, ) | |
| Defendant ) | |
| _____) | |

I hereby certify that a copy of the foregoing was served via e-mail delivery through the Court's electronic case filing system this 10th day of September, 2007, to the following counsel of record:

Craig R. McClellan
The McClellan Law Firm
1144 State Street
San Diego, CA 92101
619-231-0505
619-544-0540 (fax)
Craig@mcclellanlaw.com

                               /s/ ROBERT J. GROSS
                               Employee, U.S. Department of Justice

*No. 02-cv-5649, Proposed Order*

PDF created with pdfFactory trial version www.pdffactory.com