IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

ALESSANDRA BROHMER, et al.,      )       CV-F-02-5649 OWW TAG
                                 )
                Plaintiffs,      )
                                 )       **ORDER**
                                 )
        v.                       )
                                 )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
                Defendant.       )
_____ )

        Upon consideration of the Motion of the United States To Exclude the Testimony of Julie Belanger [Doc. # 217], the Court hereby grants the motion in part and denies it in part.  Given Ms. Belanger's lack of experience in experimental test flight documentation, including photography from an F-16 fighter jet, her opinions on such photography would be unreliable and unhelpful to the Court.  Fed. R. Evid. 702; *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993).  Ms. Belanger may testify on the issue of damages, however, if that issue is reached.  Accordingly, it is  hereby:

        ORDERED that the United States' motion be, and hereby is, granted in part and denied in part, as set forth above.

Dated: October 23, 2007

                        /s/ OLIVER W. WANGER
                        United States District Judge

*No. 02-cv-5649, Proposed Order*

1   PETER D. KEISLER
    Assistant Attorney General
2   MCGREGOR W. SCOTT
    United States Attorney
3   KIMBERLY A. GAAB
    Assistant United States Attorney
4   Telephone:  (559) 498-7272
    ROBERT J. GROSS
5   JILL DAHLMANN ROSA
    CHRISTOPHER J. WILL
6   Trial Attorneys
    U.S. Department of Justice
7   Torts Branch, Civil Division
    Post Office Box 14271
8   Washington, D.C.  20044
    Telephone:  (202) 616-4038
9   Attorneys for the United States of America

10         IN THE UNITED STATES DISTRICT COURT FOR THE
                 EASTERN DISTRICT OF CALIFORNIA

11

12   ALESSANDRA BROHMER, et al.,    )     CV-F-02-5649 OWW TAG
                              )
13             Plaintiffs,       )
                              )
14               v.          )     **CERTIFICATE OF SERVICE**
                              )
15   UNITED STATES OF AMERICA,     )
                              )
16             Defendant     )
    _____)
17

18

        I hereby certify that a copy of the foregoing was served via e-mail delivery through
19
the Court's electronic case filing system this 22nd day of October, 2007, to the following
20
counsel of record:
21
        Craig R. McClellan
22       The McClellan Law Firm
        1144 State Street
23       San Diego, CA 92101
        619-231-0505
24       619-544-0540 (fax)
        Craig@mcclellanlaw.com
25

26
                          /s/ ROBERT J. GROSS
27                         Employee, U.S. Department of Justice

28

*No. 02-cv-5649, Proposed Order*