Craig R. McClellan (71865)
Michelle D. Mitchell (221841)
Robert J. Chambers, II (244688)
THE McCLELLAN LAW FIRM
1144 State Street
San Diego, California 92101
(619) 231-0505

Attorneys for Plaintiffs



FILED

NOV 19 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRA BROHMER, et al., | 1:02-cv-5649 OWW TAG |
| Plaintiffs, | **ORDER AUTHORIZING GUARDIAN AD LITEM TO COMPROMISE CLAIM OF MINORS** |
| vs. | [L.R. 17-202] |
| UNITED STATES OF AMERICA, et al., | JUDGE: Hon. Oliver Wanger |
| Defendants. | Hearing Date: November 13, 2007<br>Time: 10:00 a.m.<br>(Appearances Waived) |

The court, on November 13, 2007, heard and considered the Petition of Alessandra Brohmer *Guardian ad Litem* for Juliana Brohmer and Sean Brohmer, for approval of settlement and minors' compromise.

All parties and counsel have waived appearances.

Having reviewed and considered the Petition and attachments thereto, and having met the Petitioner and her two minor children, the Court orders as follows:

1.   The Petition is granted.

2.     The settlement in the amount of $750,000 is in the best interest of the minor children, Juliana Brohmer and Sean Brohmer. The settlement funds shall be made payable to "The McClellan Law Firm Brohmer Trust Account" and shall be apportioned as follows: Alessandra Brohmer shall receive 55%; Stephanie Brohmer shall receive 15%; Juliana Brohmer shall receive 15%; and Sean Brohmer shall receive 15%.

3.     From the minors' settlement, The McClellan Law Firm shall be paid the costs advanced in the approximate amount of $212,992.56,[1] subject to receipt of the outstanding bills for costs. Once the final amount is determined, the McClellan Law Firm shall maintain evidence of that amount for five (5) years. The costs shall be apportioned to reflect the percentage of Plaintiffs' respective recovery as set forth in paragraph 2. The McClellan Law Firm has waived its attorneys' fees.

4.     The remaining balance of the minors' funds shall be used to purchase Certificates of Deposit with Union Bank of Switzerland ("UBS") in the name of Alessandra Brohmer, For the Benefit Of Sean Brohmer and Juliana Brohmer. The Certificates of Deposit shall be rolled-over until the minors reach the age of eighteen (18).

5.     Alessandra Brohmer, the *Guardian ad Litem*, has authority to sign the Release and any other papers that are required to finalize the purchase of the Certificates of Deposit for the minor children, as well as the settlement, as set forth above and in the petition.

Dated: 11-19-07

HON. OLIVER W. WANGER
Judge of the United States District Court
– Eastern District of California

---

[1] This sum represents the current amount of costs in this case, however, there are some outstanding costs, which are estimated to total approximately $10,000.00.