Craig R. McClellan (71865)
Michelle D. Mitchell (221841)
Robert J. Chambers, II (244688)
THE McCLELLAN LAW FIRM
1144 State Street
San Diego, California 92101
(619) 231-0505

Attorneys for Plaintiffs

FILED
NOV 1 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRA BROHMER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | 1:02-cv-5649 OWW TAG<br><br>**ORDER RE DEPOSIT OF SETTLEMENT FUNDS ON BEHALF OF MINORS**<br><br>JUDGE:   Hon. Oliver Wanger |

Pursuant to this Court's Order Authorizing Guardian Ad Litem to Compromise Claim of Minors, The McClellan Law Firm shall deposit the settlement funds apportioned to minors Juliana Brohmer and Sean Brohmer as follows:

1.   The minors' settlement funds shall be used to purchase Certificates of Deposit with Union Bank of Switzerland ("UBS") in the name of Alessandra Brohmer, for the benefit of Sean Brohmer and Juliana Brohmer;

2.   The Certificates of Deposit shall bear the highest rate of interest available, and shall be rolled-over, if necessary, until the minors reach the age of eighteen (18);

3. No disbursement or withdrawal shall be made to Juliana Brohmer from the UBS Certificates of Deposit without first obtaining approval of this Court, until Juliana Brohmer reaches age eighteen;

4. No disbursement or withdrawal shall be made to Sean Brohmer from the UBS Certificates of Deposit without first obtaining approval of this Court, until Sean Brohmer reaches age eighteen.

Dated: 11-19-07

HON. OLIVER W. WANGER
Judge of the United States District Court
– Eastern District of California