Craig R. McClellan (71865)
Michelle D. Mitchell (221841)
Robert J. Chambers, II (244688)
THE McCLELLAN LAW FIRM
1144 State Street
San Diego, California 92101
(619) 231-0505

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRA BROHMER, et al., | ) 1:02-cv-5649 OWW TAG |
| Plaintiffs, | ) STIPULATED DISMISSAL WITH ) PREJUDICE AND ORDER THEREON |
| vs. | ) |
| | ) JUDGE:  Hon. Oliver Wanger ) TRIAL:  October 18, 2007 |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that Plaintiffs STEPHANIE BROHMER, individually, ALESSANDRA BROHMER, individually, and as Guardian ad Litem for her two minor children, JULIANA BROHMER and SEAN BROHMER, hereby dismiss their Complaint against Defendant, UNITED STATES OF AMERICA, with prejudice.

Dated:  January 30, 2008          THE McCLELLAN LAW FIRM


                                  BY:    //Robert J. Chambers, II
                                         ROBERT J. CHAMBERS, II
                                         Attorneys for Plaintiffs

1
STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 30, 2007                    U.S. DEPARTMENT OF JUSTICE


                                           By:    //Robert J. Gross_____
                                                  Robert J. Gross, Esq.
                                                  Attorneys for the United States


IT IS SO ORDERED:


Dated: January 31, 2008                    /s/ OLIVER W. WANGER
                                           OLIVER W. WANGER
                                           UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com